JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| Marine and Bond Insurance Agency, Inc., dba American Marine Insurance,<br><br>Plaintiff,<br><br>v.<br><br>Clayton Hubbell, et al.,<br><br>Defendants. | Case No.: 8:20-cv-00067-JVS-(JDEx)<br><br>Order on Joint Stipulation of Dismissal without Prejudice<br><br>Magistrate Judge: Early |

Pursuant to the Stipulation of Dismissal, the case and Does 1 through 10 are dismissed without prejudice. Each party to bear its/their own costs and fees.

For good cause shown, it is SO ORDERED

Dated: July 13, 2020   _____
United States District Judge